IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00348-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CASIMIRO LOYA-RODRIGUEZ,

      Defendant.

_____

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Entered by Judge Philip A. Brimmer**

      A Notice of Disposition was filed on November 13, 2009 [Docket No. 18]. A Change of Plea hearing is set for **December 18, 2009 at 11:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

      The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. It is further

      ORDERED that the Trial Preparation Conference previously scheduled for **December 18, 2009 at 11:00 a.m.** is VACATED.

      DATED November 13, 2009.