IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00348-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CASIMIRO LOYA-RODRIGUEZ,

    Defendant.
_____

### ORDER DIRECTING EXAMINATION
_____

    This matter comes before the Court on the defendant's Motion to Determine Defendant's Competency (Docket No. 20).  At a hearing on December 7, 2009, the Court found that there was reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  *See* 18 U.S.C. § 4241(a).  Therefore, it is

    **ORDERED** that, pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant shall submit to an examination by a certified psychologist from the Bureau of Prisons at FCI Englewood in Denver, Colorado, for the purpose of determining whether the defendant suffers from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist

properly in his defense. The United States Marshal is directed to facilitate the defendant's presence for the examination.

Following the examination, the Bureau of Prisons shall prepare a report of its findings pursuant to 18 U.S.C. § 4247(c) and send copies to all counsel and to the Court within 30 days of December 7, 2009.

To the extent necessary, the certified psychologist who conducts the examination is authorized to directly contact Special Assistant United States Attorney Ivan Gardzelewski at (303) 454-0100 and defense counsel Janine Yunker at (303) 294-7002 to request copies of appropriate documents.

The Clerk of Court is directed to serve a copy of this Order on the United States Marshal.

DATED December 7, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge