IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00348-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CASIMIRO LOYA-RODRIGUEZ,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a status conference is set for **Tuesday June 15, 2010 at 10:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED June 10, 2010.